## A00A0306. BROWN v. THE STATE.
(553 SE2d 386)

ELDRIDGE, Judge.

The decision of the Court of Appeals in this case was reversed by the Supreme Court in *Brown v. State*, 274 Ga. 31 (549 SE2d 107) (2001). Accordingly, our decision in *Brown v. State*, 245 Ga. App. 149 (537 SE2d 421) (2000), is hereby vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is reversed.

*Judgment reversed. Blackburn, C. J., Pope, P. J., Johnson, P. J., Barnes, Phipps and Mikell, JJ., concur.*

DECIDED AUGUST 3, 2001.

*Lynn M. Kleinrock*, for appellant.
*J. Tom Morgan, District Attorney, Robert M. Coker, Jennifer M. Daniels, Assistant District Attorneys*, for appellee.